IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES THOMAS ATKINSON-SEAL**                            **PLAINTIFF**

**v.**                               **CIVIL NO. 1:24-cv-00371-HSO-BWR**

**PEARL RIVER COUNTY, MISSISSIPPI**                       **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 6th day of August, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE